**Opinion filed September 9, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00123-CV
_____

## CHRISTOPHER LEE CANTU, Appellant

## V.

## MISTY DIANE CANTU, Appellee

**On Appeal from the 220th District Court**

**Comanche County, Texas**

**Trial Court Cause No. DV00321**

## MEMORANDUM OPINION

Appellant, Christopher Lee Cantu, filed a pro se notice of appeal from a final decree of divorce. When the appeal was docketed in this court on June 16, 2021, the clerk of this court requested that Appellant forward the $205 filing fee or a statement of inability to afford the payment of court costs, along with a docketing statement, to this court on or before July 6, 2021. We notified Appellant by letter dated July 21, 2021, that these items were past due. In the July 21 letter, we directed Appellant to pay the $205 filing fee or file a statement of inability to afford the payment of court

costs on or before August 6, 2021, and we informed Appellant that his failure to do so "**may result in dismissal of the case**." As of this date, we have not received the filing fee, a statement of inability to afford the payment of court costs, or a docketing statement. Furthermore, we have not received any other response from Appellant to the above letters.

Because Appellant has failed to pay the required filing fee in this appeal and has failed to comply with this court's directives, we dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3.

PER CURIAM

September 9, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.